## A. H. REED v. CURTIS HERRING.

1. Declarations of an assignor of a claim, made after he has transferred his claim, cannot be used in evidence against his assignee to invalidate the contract out of which the claim originated.

2. When a case is affirmed in this court in consequence of a *remittitur* entered by the appellee, the costs of the appeal will be taxed against the appellee.

APPEAL from Live Oak. Tried below before the Hon. D. D. Claiborne.

The question of evidence referred to in the opinion of the court, arose upon instructions asked and refused in the court below.

*Chandler, Carleton & Robertson,* for appellant.

*L. S. Lawhon,* for the appellee.

WALKER, J. The evidence in this case is conflicting. Proof of the declarations of Wilborn should not have been admitted, unless they were made before the assignment of the claim to Herring on which the suit is brought.

The appellee makes a *remittitur* in this court, which should have been made before the case was appealed. This having been omitted, the appellee must pay the costs incurred by the appeal, and the judgment of the District Court is affirmed.

Affirmed.